UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TYRICKA LAVERNE CALLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  5:19-cv-00207-MHH-SGC |
| ) | |
| SHERIFF BLAKE DORNING, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on May 4, 2021, recommending this action be dismissed as moot or, alternatively, dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b).  (Doc. 18).  Although the magistrate judge advised plaintiff Tyricka Calloway of his right to file specific written objections within 14 days, no objections have been received by the Court.

Having reviewed the materials in the Court's electronic docket, including the report and recommendation, the Court adopts the magistrate judge's report and accepts her recommendation.  By separate order, the Court will dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b), for failing to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this May 27, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE